Dear District Court, 3/5/24

On August 25th, 2020, I was in the custody of the Florida Dept. of Corrections at Tomoka CI in Daytona Beach, Florida, and due to the Deliberate Indifference and violation of my Equal Protection Rights as a male to female transgender who asked for protection, officers failed to protect me and intentionally placed me in a cell with inmate Rene Valentin Rivas - DC#185858, who officers knew had a history of sexually assaulting his cellmates. He assaulted me on August 25th, 2020.

Inmate Rivas sexually assaulted me and he is currently being prosecuted in Volusia County for doing so, which is the only reason I am housed here. His Volusia County case number is:

2022-303621CFDB

I have exhausted my Administrative Remedies in FDC and on July 21st, 2023 I filed a Notice of Intent to Sue via Certified Mail with FDC and the Division of Risk Management. I am now looking to file a lawsuit and need help. Please appoint me counsel for doing so.

Respectfully,

[signature]

Joseph J. "Joey" Luzier III
ID #1135936